IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELISSA CONWAY,

    Plaintiff,

v.                                                   CASE NO. 1:09-cv-00059-MP-AK

JOHNNY SMITH, in his official capacity as
Sheriff of Levy County, Florida,
and WILLIE LEE POWELL, individually and in his
official capacity as a Correctional Officer in Levy
County, Florida,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 40, Stipulation of Voluntary Dismissal, filed by Melissa Conway. As stated in the Report of Mediation, Doc. 39, all issues have been resolved in this case by agreement of the parties. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

All claims of the Plaintiff against both Defendants are dismissed with prejudice, with each party to bear his own costs and attorneys' fees.

**DONE AND ORDERED** this _16th_ day of November, 2009

                                        *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge